| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Urbanski, Michael F. | 2. Court or Organization<br><br>Virginia - Western District | 3. Date of Report<br><br>05/12/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>210 Franklin Road, SW, Room 350<br>Roanoke, VA 24011-2208 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Family Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbanski, Michael F. | 05/12/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Part-Time Employee - _____ / self-employed gardener (occasional) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Virginia CLE | 01/11/2016-01/14/2016 | Charlottesville,, VA | National Trial Advocacy College (teaching/mock trial judging) | Meals, Lodging |
| 2. | William and Mary Law School | 02/12/2016-02/14/2016 | Williamsburg, VA | Moot court competition (judging) | Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbanski, Michael F. | 05/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbanski, Michael F. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank (accounts) | A | Interest | M | T | | | | | |
| 2. Grayson Bankshares, Inc. GSON - Common Stock | A | Dividend | | | Sold | 07/01/16 | K | | |
| 3. Parkway Acquisition Corp. PKKW:US - Common Stock | A | Dividend | K | T | Buy | 07/01/16 | K | | |
| 4. Shenandoah Life Insurance Co.- Whole Life | A | Dividend | | | Redeemed | 11/11/16 | J | | |
| 5. MetLife Policyholder Trust | A | Dividend | J | T | | | | | |
| 6. Real Estate/ Carroll Co., VA (1/2 int.)(see Part VIII) | | None | L | S | | | | | |
| 7. AXA Equitable IRA/Multimanager Aggressive Equity Fund | A | Dividend | J | T | | | | | |
| 8. Northwestern Mutual - Ordinary Life | B | Dividend | K | T | | | | | |
| 9. Northwestern Mutual - Custom CompLife | C | Dividend | K | T | | | | | |
| 10. Northwestern Mutual - Term to Age 65 | B | Dividend | K | T | | | | | |
| 11. Northwestern Mutual - Whole Life | B | Dividend | K | T | | | | | |
| 12. Northwestern Mutual - Adjustable CompLife | A | Dividend | | | Redeemed | 12/28/16 | J | | |
| 13. USAA Subscriber's Account * | A | Distribution | J | T | | | | | |
| 14. USAA Life Ins. Co. Annuity (fixed)* | D | Interest | N | T | | | | | |
| 15. USAA Life Ins. Co. Annuity (fixed)* | A | Interest | J | T | Sold (part) | 11/19/16 | J | A | |
| 16. USAA Life Ins. Co. Annuity (fixed)* | A | Interest | K | T | Sold (part) | 07/28/16 | J | B | |
| 17. Wells Fargo Advisors Cash Account * | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbanski, Michael F. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Invt Mngrs Ctr Coast Ins CCCNX * | B | Dividend | J | T | Sold (part) | 03/15/16 | J | | |
| 19. | | | | | Sold (part) | 06/28/16 | K | | |
| 20. Federated Strt Flu Instl SVAIX * | C | Dividend | K | T | Sold (part) | 03/15/16 | J | | |
| 21. | | | | | Sold (part) | 06/28/16 | J | A | |
| 22. Legg Mason Clrbrdg Agg 1 SAGYX * | B | Distribution | L | T | Sold (part) | 03/15/16 | J | A | |
| 23. Touchstone Mid Cap Inst. TMCPX * | A | Dividend | K | T | Sold (part) | 06/28/16 | J | A | |
| 24. CUNA Mutual Members Variable Annuity (H)* | | | | | | | | | |
| 25. -Guaranteed Return* | C | Interest | M | T | | | | | |
| 26. -Ultra Series Fund Large Cap Growth* | | None | J | T | | | | | |
| 27. -Ultra Series Fund Large Cap Value* | | None | J | T | | | | | |
| 28. -Ultra Series Fund Mid Cap* | | None | J | T | | | | | |
| 29. -Ultra Series Fund Diversified Income* | | None | J | T | | | | | |
| 30. -Money Market* | | None | | | Sold | 02/12/16 | K | | |
| 31. -Vanguard VIF Money Market* | | None | K | T | Buy | 02/12/16 | K | | |
| 32. Ist Advantage Federal Credit Union - Accounts * | A | Dividend | J | T | | | | | |
| 33. American General Life Insurance - Whole Life * | A | Interest | J | T | | | | | |
| 34. Invesco High Yield Mun. Fd CL Y ACTDX * | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbanski, Michael F. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Am Pension Invs Tr Multi-Asset Income Fund APIIX * | B | Dividend | K | T | | | | | |
| 36. Henderson Global Equity Income CL I HFQIX * | C | Dividend | K | T | | | | | |
| 37. Undiscovered Mgrs Beh Value I UBVLX* | A | Dividend | K | T | | | | | |
| 38. T. Rowe Price Real Estate Fund TRREX* | A | Dividend | K | T | Buy | 06/28/16 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbanski, Michael F. | 05/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investments and Trusts, Line 6. One-half interest in real estate in Carroll County, Virginia. The assessed value of the entire parcel is $162,300.

Part VII Investments and Trusts, Lines 13-38. All of these assets, indicated with an asterisk, are owned by Family Trust #1, of which I am a co-trustee.

Part VII Investments and Trusts, Line 35. American Pension Investors Trust ("API") Multi-Asset Income Fund I (APIIX) was formerly API Efficient Frontier Income Fund (APIIX).

Part VII Investments and Trusts, Lines 24-31. Income on the assests held in the CUNA Mutual Members Variable Annuity (apart from the fixed portion at Line 25) are not reported by CUNA Mutual.

| Name of Person Reporting | Date of Report |
|---|---|
| Urbanski, Michael F. | 05/12/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael F. Urbanski**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544